UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on March 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

WNI 15-010067
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE FOR CERTIFICATE HOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1

IN RE:

JEAN C KOEGLER, III, DEBTOR

CASE NO.: 18-30287-VFP

HEARING DATE: MARCH 21, 2019

JUDGE: HONORABLE VINCENT F. PAPALIA

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: March 25, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter being opened to the Court by Russell L Low, attorney for the Debtor upon filing of a Chapter 13 Plan, and The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, as Trustee for certificate holders of Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2004-AR1, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor will apply through Creditor's Servicing agent for a loan modification to cure pre-petition arrearages on the mortgage loan secured by 52 Sterling Ave, Weehawken, NJ 07086-6809.

2. This loan modification review shall be completed by April 12, 2019, or further ordered by the Court.

3. Debtor agrees to maintain adequate protection payments to Creditor in the amount to $1,691.66 starting November 1, 2018.

4. If a loan modification is not offered by the effective date in Paragraph Two (2), Debtor must within fourteen (14) days of receipt of the denial; 1) modify the Chapter 13 Plan to fully cure Secured Creditor's pre-petition arrearages of $145,729.61 as filed in Proof of Claim No. 7-1, 2) modify the Chapter 13 Plan to surrender the subject property, or 3) Convert to a Chapter 7 case.

5. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the payment having become due or otherwise fails to comply with any other provisions of this Order, the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Creditor's Certification of Default to the Bankruptcy Court, Specifying the Debtor's failure to comply with the Consent Order, with a copy of any application, supporting certification and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and the Debtor as required by the local bankruptcy rules.

6. Creditor agrees this Order resolves the Objection to Confirmation of Chapter 13 Plan, filed on November 20, 2018; ECF Doc. No.: 21.

7. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____  Date: 3-21-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____  Date: 3/20/19
Russell L Low, Esquire
Attorney for the Debtor